JOHN C. KIRKE, SBN 175055
johnk@donahue.com
ANDREW S. MACKAY, SBN 197074
andrew@donahue.com
DONAHUE GALLAGHER WOODS LLP
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
Telephone:   (510) 451-0544
Facsimile:   (510) 832-1486

Attorneys for Defendants
TARA TIGER, INC., PAUL TIGER and
DOROTHY PATRICIA MOLLER TIGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION L. MARZOCCHI, individually and dba PRAPATA,<br><br>Plaintiff,<br><br>v.<br><br>TARA TIGER, INC., a California corporation, PAUL TIGER, an individual, DOROTHY PATRICIA MOLLER TIGER, an individual and DOES 1-10,<br><br>Defendants. | Case No: C 12-04433 JSC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE ANSWER**<br><br>Date:    December 27, 2012<br>Time:    9:00 a.m.<br>Ctrm:    F, 15th Floor<br>Judge:   Hon. Jacqueline S. Corley |

Defendants Tara Tiger Inc., Paul Tiger and Dorothy Moller-Tiger (collectively "Defendants") hereby request the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the fact listed below. *Denius v. Dunlap*, 330 F.3d 919, 926 (7th Cir. 2003) (a court may take judicial notice of information on a government agency's website); *Mack v. South Bay Beer Distributors, Inc.,* 798 F. 2d 1279 (9th Cir. 1986) (a court may take judicial notice of "matters of public record."); Fed. R. Evid. 201(b) (a court may take judicial notice of facts not subject to reasonable dispute because they "can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned.").

(1)   That Defendant Tara Tiger, Inc. is an active corporation, as reflected by a screenshot from the website of the California Secretary of State website (http://kepler.sos.ca.gov/cbs.aspx), taken November 27, 2012, a true and correct copy of which is attached hereto as **Exhibit A**.

Dated: November 29, 2012

DONAHUE GALLAGHER WOODS LLP

By: _____
John C. Kirke
Attorneys for Defendants
TARA TIGER INC., PAUL TIGER AND
DOROTHY MOLLER-TIGER.

# EXHIBIT A

California Secretary of State Debra Bowen

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives |

**Business Entities (BE)**

Online Services
 - Business Search
 - Disclosure Search
 - E-File Statements
 - Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
 - Business Resources
 - Tax Information
 - Starting A Business
 - International Business Relations Program

Customer Alerts
 - Business Identity Theft
 - Misleading Business Solicitations

## Business Entity Detail

Data is updated weekly and is current as of Friday, November 23, 2012. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | TARA TIGER, INC. |
| Entity Number: | C2401110 |
| Date Filed: | 11/05/2001 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 31 BRETANO WAY, 31 BRETANO WAY |
| Entity City, State, Zip: | GREENBRAE CA 94904 |
| Agent for Service of Process: | DOROTHY PATRICIA MOLLER |
| Agent Address: | 31 BRETANO WAY |
| Agent City, State, Zip: | GREENBRAE CA 94904 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Modify Search    New Search    Printer Friendly    Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2012   California Secretary of State