IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION L. MARZOCCHI, d.b.a. PRAPATA,<br><br>Plaintiff,<br><br>v.<br><br>TARA TIGER, INC., et al.,<br><br>Defendants. | Case No.: 12-cv-4433 JSC<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendants' Petition to Compel Arbitration and Motion to Stay Proceedings (Dkt. No. 30) is scheduled for hearing on February 14, 2013 at 9:00 a.m. At oral argument, the parties shall be prepared to address the following: assuming the licensing/royalty agreements represent a valid contract, is the agreement to arbitrate limited to disputes arising out of "either party wish[ing] to cancel the agreement?"

Dated: February 13, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE